M. P. No. 77-32. STATE *v.* DAVID COCHRANE. Petition denied without prejudice. *Julius C. Michaelson,* Attorney General, for plaintiff-respondent. *David Cochrane,* defendant-petitioner, pro se.

M. P. No. 77-41. ANDREW J. MELECHINSKY *v.* WILLIAM A. LAURIE, *Warden.* Petition for writ of habeas corpus is granted and the writ shall issue forthwith. Pending hearing on the merits of his petition for habeas corpus, the petitioner will be released on bail in the amount of $1000, without surety. *Aram K. Berberian,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, on behalf of Tax Administrator, John H. Norberg, for respondent.

C. A. No. 76-25. STATE *v.* ARTHUR GOMES. Appeal of Arthur Gomes is dismissed as moot. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, *Robert A. Shuman,* for defendant.

C. A. No. 76-75. GREATER PROVIDENCE DEPOSIT CORPORATION *v.* WILLIAM SUNDEL *et al.* Motion of Salvatore L. Romano, Jr. to withdraw as attorney for the defendants is granted. However, said withdrawal will not be effective until March 1, 1977. In the meantime the defendants should secure other counsel if they wish to pursue their appeal. *Adler, Pollock & Sheehan, Incorporated, John E. Moore, Edward L. Maggiacomo,* for plaintiff. *Salvatore L. Romano, Jr.,* for defendants.